UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Christine L. Walsh, | : | |
| Debtor | : | |
| | : | Case No. 12-25208-GLT |
| | : | |
| Christine L. Walsh, | : | CHAPTER 13 |
| Plaintiff, | : | |
| | : | |
| | : | Adversary Proc. No. 14-02052-GLT |
| | : | |
| Residential Credit Solutions, Inc. | : | |
| Defendant | : | |

STIPULATION BETWEEN PLAINTIFF DEBTOR AND
DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC. AS SETTLEMENT
TO THE   ADVERSARY COMPLAINT

Whereas Defendant Residential Credit Solutions, Inc. and Plaintiff/Debtor Christine L. Walsh wish to amicable resolve the pending adversary without further litigation, it is hereby STIPULATED and AGREED that:

1.      The parties agree to resolve and settle the matter. The Parties, without in any way conceding the validity or sufficiency of any claim or contention of any or all the Parties, now desire to fully compromise, finally settle, and fully release all claims, disputes and differences related to the claims in the adversary complaint.

2.      Residential Credit Solutions, Inc. will pay $5,000 to the Debtor and Thompson Law Group, P.C., as settlement of all claims raised in the adversary, without admission of liability.

3.      Attorneys' fees in the amount of $4,500.00 to be paid from the $5,000 settlement amount.

4.      Separate and apart from the settlement referenced in Paragraph 2, The Debtor is also signing a loan modification and same will be uploaded into the DMM portal as resolution of the loss mitigation process. The Debtor has already filed a Motion to approve that modification.

5.      The parties will also sign a general release.

6.      Facsimile and/or e-signatures are acceptable for the purpose of filing this stipulation with the Bankruptcy Court.

THE LAW OFFICES OF BARBARA A. FEIN,P.C.

/s/ Kristen D. Little

Dated:__11/20/2014_____     _____
                              Kristen D. Little, Esquire
                              Attorney for Residential Credit Solutions, Inc.
                              PA Attorney ID 79992
                              Law Offices of Barbara A. Fein, P.C.
                              721 Dresher Road, Suite 1050
                              Horsham, PA 19044
                              (215) 653-7450 extension 103 (phone)
                              (215)653-7454 (fax)
                              kristenl@lobaf.com

Dated: 11/19/2014_____       /s/ Brian C. Thompson_____
                              Brian C. Thompson, Esquire, Debtor's Counsel

Dated:  December 18, 2014___        OFFICE OF THE CHAPTER 13 TRUSTEE

                                   ___/s/   Jana Pail, Esquire_____
                                   ( authorized e-signature by e-mail on Dec 18, 2014)

AND NOW, this _____ day of _____, 2014, it is hereby ORDERED that the Foregoing Stipulation is approved, shall be and is made an Order of this Court.

                              _____
                              Gregory L. Taddonio, U.S.B.J.